JAJ:SA/RMT
F.#2011R00313/OCDETF#NY-NYE650Z

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JAMIE BOOKER,
    also known as "Mo-Mo,"
ANTHONY BRITT,
    also known as "N-O,"
ANTHONY CHRISTIAN,
    also known as "Nitty,"
HARVEY CHRISTIAN,
    also known as "Black,"
ROBERT FIELDS,
    also known as "Boy Boy,"
PAUL FORD,
    also known as "Uncles,"
    "Unks," "Dred" and "Ninja,"
JAMELLE HARPER,
    also known as "B-Realz,"
ROBERT JONES,
    also known as "Rob,"
JASON QUINN,
    also known as "Q," and
JARH WREH,

              Defendants.

- - - - - - - - - - - - - - - - -X



I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C.,
§§ 841(b)(1)(A)(iii),
841(b)(1)(C), 846,
853(a) and 853(p));
T. 18, U.S.C.,
§§ 3551 et seq.)

VITALIANO, J.

POLLAK M.J.

THE GRAND JURY CHARGES:

<u>COCAINE AND COCAINE BASE DISTRIBUTION CONSPIRACY</u>

    1.    In or about and between April 2011 and June 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JAMIE BOOKER, also known as "Mo-Mo," ANTHONY BRITT, also known as "N-O," ANTHONY CHRISTIAN, also known as "Nitty," HARVEY CHRISTIAN, also

known as "Black," ROBERT FIELDS, also known as "Boy Boy," PAUL FORD, also known as "Uncle," "Unks," "Dred" and "Ninja," JAMELLE HARPER, also known as "B-Realz," ROBERT JONES, also known as "Rob," JASON QUINN, also known as "Q," and JARH WREH, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved (a) 280 grams or more of a substance containing cocaine base, a Schedule II controlled substance, and (b) a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846, 841(b)(1)(A)(iii) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 *et seq*.)

## CRIMINAL FORFEITURE ALLEGATION

2.      The United States hereby gives notice to the defendants that, upon conviction of the offense charged in this Indictment, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

3

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

4

other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

*[signature: Claudia L. Waters]*
FOREPERSON

*[signature: Loretta E. Lynch]*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK
CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*JAMIE BOOKER et al.*,

Defendants.

# INDICTMENT

(T. 21, U.S.C., §§ 841(b)(1)(A)(iii), 841(b)(1)(C), 846, 853(a) and 853(p);
T. 18, U.S.C., §§ 3551 et seq.;)

*A true bill.* ___Claudia L. Warters___

*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

_____

**Shreve Ariail, Assistant United States Attorney, (718) 254-6616**
**Zainab Ahmad, Assistant United State Attorney, (718) 254-6522**
**Richard M. Tucker, Assistant United States Attorney, (718) 254-6204**